IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) | | |
| KRISTI EMERSON, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Case No.: 1:15-cv-00027 | |
| ) | CHIEF JUDGE CRENSHAW | |
| v. ) | | |
| ) | | |
| SIGNATURE HEALTHCARE, LLC, *et al.*, ) | | |
| ) | **UNDER SEAL** | |
| Defendants. ) | | |

## THE UNITED STATES' NOTICE OF PENDING ELECTION

The United States hereby notifies the Court that the United States expects to notify the Court later this week that it elects to partially intervene in this action for purposes of settlement. The United States, Relators, and Defendants have reached a settlement in principle of the majority of this action, and have signed a settlement agreement, but the State of Tennessee is also a party to the settlement agreement and its Attorney General has not yet signed the agreement. The parties were striving to have a fully signed agreement by the effective election deadline of today, but although the undersigned do not anticipate any issues with execution of the agreement, the State requires a couple of additional days to complete its review process for signature. As soon as the undersigned receive the signature of the State's Attorney General, they will file a notice of election and motion to unseal.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: s/ Sarah K. Bogni
SARAH K. BOGNI
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: sarah.bogni@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
CHRISTELLE KLOVERS
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3656

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing Notice of Pending Election was served via E-Mail and/or First Class U.S. Mail, postage prepaid, on the 29th day of May, 2018, to the following:

| | |
|---|---|
| Jerry E. Martin<br>David W. Garrison<br>Seth M. Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219 | Robert K. Lu<br>Robbins Geller Rudman & Down LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| James E. Barz<br>Robbins Geller Rudman & Dowd LLP<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606 | |

                                        s/ Sarah K. Bogni
                                        SARAH K. BOGNI
                                        Assistant United States Attorney