UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) <br> KRISTI EMERSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIGNATURE HEALTHCARE, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Case No.: 1:15-cv-00027 <br> CHIEF JUDGE CRENSHAW <br><br> **UNDER SEAL** |

**THE UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE
FOR PURPOSES OF SETTLEMENT AND MOTION TO UNSEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq.*, the United States hereby notifies the Court that the United States elects to partially intervene in this action for purposes of settlement. The United States, Relators, and Defendants have reached a settlement of the majority of this action, which is memorialized in a Settlement Agreement with an effective date of May 29, 2018. Specifically, the United States intervenes with regard to the Medicare Covered Conduct, as defined in the Settlement Agreement, and the United States declines to intervene with regard to any remaining claims. Pursuant to the terms of the Settlement Agreement, Defendants' initial payment is due by June 8, 2018, and once that payment is made, the United States and Relators will file a joint stipulation dismissing, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action, except that Relators' retaliation claims under 31 U.S.C. § 3730(h) will not be dismissed.

In addition to notifying the Court of its intervention in this action for purposes of settlement, the United States also requests that this action and all filings in this action, except as follows, be unsealed. The United States requests that the United States' Memoranda in Support

of its Motions for Extension of Time to Consider Intervention, Memorandum in Support of Motion for Order Authorizing *Ex Parte* Interviews, and Memorandum in Support of its Motion to Partially Lift Seal (D.E. Nos. 14, 18, 21, 23, 28, 33, 37, 40) remain under seal because those filings discuss the content and extent of the United States' investigation and were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed Order is being filed contemporaneously with this Notice.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee

By: s/ Sarah K. Bogni
SARAH K. BOGNI
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Fax: (615) 401-6626
Email: sarah.bogni@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
CHRISTELLE KLOVERS
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3656

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Election to Partially Intervene for Purposes of Settlement and Motion to Unseal was served via E-Mail and/or First Class U.S. Mail, postage prepaid, on the 30th day of May, 2018, to the following:

| | |
|---|---|
| Jerry E. Martin<br>David W. Garrison<br>Seth M. Hyatt<br>Barrett Johnston Martin & Garrison, LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219 | Robert K. Lu<br>Robbins Geller Rudman & Down LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| James E. Barz<br>Robbins Geller Rudman & Dowd LLP<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606 | |

s/ Sarah K. Bogni
SARAH K. BOGNI
Assistant United States Attorney