UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) <br> KRISTI EMERSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIGNATURE HEALTHCARE, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Case No.: 1:15-cv-00027 <br> CHIEF JUDGE CRENSHAW |

## [PROPOSED] ORDER LIFTING THE SEAL ON THE CASE

Upon consideration of the United States' Notice of Election to Partially Intervene for the Purpose of Settlement and Motion to Unseal this action pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and good cause having been shown:

**IT IS HEREBY ORDERED** that United States' Motion to Unseal is GRANTED.

**IT IS FURTHER ORDERED** that Docket Numbers 14, 18, 21, 23, 28, 33, 37, 40 shall remain SEALED. All other papers filed prior to the entry of this Order shall be UNSEALED.

It is so ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge