UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> KRISTI EMERSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SIGNATURE HEALTHCARE, LLC, *et al.*, ) <br> ) <br> ) <br> Defendants. ) | Civil Case No.: 1:15-cv-00027 <br> CHIEF JUDGE CRENSHAW <br><br> **UNDER SEAL** |

## ORDER OF DISMISSAL IN PART

This matter is before the Court on the Stipulated Motion for Entry of Order of Dismissal in Part. In the Stipulation, the plaintiffs state that they agree to the dismissal, as delineated below, of the 31 U.S.C. § 3729 and 31 U.S.C. § 3730(d)(1) claims in the complaint. Accordingly, it is hereby

**ORDERED**:

1. All § 3729 claims asserted by Relators in this Action be **DISMISSED with prejudice** to Relators.

2. Those claims that are defined in the May 29, 2018 Settlement Agreement as the Medicare Covered Conduct be **DISMISSED with prejudice** to the United States.

3. All § 3729 claims asserted by Relator in this Action that are not part of the Medicare Covered Conduct be **DISMISSED without prejudice** to the United States.

4. The Relators' claims for attorneys' fees and costs under 31 U.S.C. § 3730(d)(1) be **DISMISSED with prejudice** to Relators and their counsel.

5. Relators' claims under 31 U.S.C. § 3730(h) are **NOT DISMISSED**.

6. The United States and Defendants shall bear their own costs and attorneys' fees.

IT IS SO ORDERED,

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge